**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **FRANK LEWIS and** | : | |
| **JUANITA LEWIS,** | : | |
| | : | |
| **Plaintiffs,** | : | **CASE NO:** |
| **v.** | : | **7:26-cv-24—WLS** |
| | : | |
| **ALLSTATE VEHICLE AND** | : | |
| **PROPERTY INSURANCE COMPANY,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

Before the Court is a Notice of Leave of Absence (Doc. 9) ("Motion") which the Court construes as a Motion for Continuance pursuant to Local Rule 83.1.5.[1] The Motion was filed by Defendant's counsel who notifies the Court that he has family vacation planned between April 17, 2026, through April 28, 2026, which is during the time the Court has scheduled the initial discovery conference in this matter for April 21, 2026. The Court having fully reviewed the Motion, finds that good cause has been shown, and that the Motion (Doc. 9) should be, and hereby is, **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that the scheduling/discovery conference currently scheduled for April 21, 2026, is **CANCELLED**, and will be reset by separate notice or order of the Court. The Parties are relieved of the necessity of filing a proposed scheduling/discovery order pending further notice or order of this Court.

   **SO ORDERED**, this 26th day of March 2026.


                        **/s/W. Louis Sands**
                        **W. LOUIS SANDS, SR. JUDGE**
                        **UNITED STATES DISTRICT COURT**

---

[1] M.D. Ga. L.R. 83.1.5 provides: "Formal applications by attorneys for leaves of absence should not be filed and will not be acted upon unless the attorney has been notified by the court to appear during the time he wishes to be absent."